JOHN M. McCOY III, Cal. Bar No. 166244
E-mail: mccoyj@sec.gov
ALKA N. PATEL, Cal. Bar No. 175505
E-mail: patela@sec.gov
SPENCER BENDELL, Cal Bar No. 181220
E-mail: bendells@sec.gov
MEGAN M. BERGSTROM, Cal. Bar No. 228289
E-mail: bergstromm@sec.gov

Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> EAGLE DEVELOPMENT ENTERPRISES, INC., a Nevada corporation; EAGLE STORAGE & DEVELOPMENT, LLC, an Arizona limited liability company; EAGLE AVIATION SALES & LEASING, LLC, a California limited liability company; MICHAEL J. BOWEN, <br><br> Defendants, <br><br> and <br><br> EAGLE ASSETS & MANAGEMENT, LLC, a California limited liability company; EAGLE HOUSING & DEVELOPMENT AZ, LLC, an Arizona limited liability company; EAGLE HOUSING & DEVELOPMENT, INC., a California corporation; and EAGLE HELICOPTERS & AVIATION, INC., a California Corporation, <br><br> Relief Defendants. | Case No. SACV09-1470 JVS(MLGX) <br><br> **DECLARATION OF ROBERT BURKE** |

## **DECLARATION OF ROBERT BURKE**

I, Robert Burke, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I make this declaration at the request of the staff of the Securities and Exchange Commission ("SEC"). I have personal knowledge of each of the matters set forth below and, if called as a witness, I could and would testify competently to the facts stated herein.

2. I reside in Las Vegas, Nevada. I am 67 years old and am retired.

3. In July 2005, I was solicited over the telephone to invest in a company called Eagle Storage & Development, LLC ("Eagle Storage") by Jane Ellington, a sales representative for the company. This was a cold-call. I had never heard of or had a prior relationship with Eagle Storage. Ellington told me that Eagle Storage was offering investment interests in the company and that the money raised would be used to build a storage facility in Lake Havasu City, Arizona. She said that I could expect returns of 8% per year. I received a private placement memorandum ("PPM") for the Eagle Storage offering, a true and correct copy of which is attached hereto as Exhibit "1."

4. Based on Ellington's representations and my review of the PPM, I invested $100,000 in Eagle Storage on or about July 12, 2005. After my initial investment, I made another investment in Eagle Storage of $50,000 on or about December 15, 2005.

5. Ellington told me that I was earning interest on my Eagle Storage investment and that I could either have the interest paid to me yearly or let it compound. I told her that I would like to let it compound. At one point, Michael Bowen, the President and manager of Eagle Storage, told me that I would receive additional shares of the company instead of the 8% return per year. To date, however, I have not received any payments or additional shares reflecting a return on my Eagle Storage investment.

6. In or around May 2008, I was contacted by Scott Williams, a

1

representative of Eagle Storage. He told me that the company was conducting a new offering called Eagle Development Enterprises, Inc. ("Eagle Development"). According to Williams, Eagle Development was raising money through the sale of its stock so that it could conduct a public offering in the United Kingdom. Eagle Development was the parent company of Eagle Storage and another company called Eagle Housing & Development AZ, LLC ("Eagle Housing"). Williams said that Eagle Storage owned a storage facility in Lake Havasu City, Arizona and that Eagle Housing owned 85 lots of land in Kingman, Arizona. Williams told me that Eagle Development would be going public very soon and was in the process of making arrangements with a firm to perform the underwriting for the public offering. Williams said Eagle Development was currently offering its shares in a "5 for 1" deal. This meant that for every dollar I invested, I would receive 5 shares of Eagle Development stock. After I talked with Williams, I received a PPM for Eagle Development either by mail or Federal Express. A true and correct copy of the PPM is attached hereto as Exhibit "2."

    7.    Based on Williams' representations about Eagle Development and my review of the PPM, I invested $90,000 on May 23, 2008. After my initial investment, I made the following additional investments in Eagle Development: (1) $60,000 on June 6, 2008; (2) $100,000 on August 1, 2008; (3) $100,000 on August 29, 2008; (4) $100,000 on September 3, 2008; and (5) $150,000 on October 3, 2008. As of October 3, 2008, my investments in Eagle Development totaled $600,000. After I made these investments, I received Eagle Development stock certificates in the mail. True and correct copies of the stock certificates are attached hereto as Exhibit "3."

    8.    Before I made my last investment on October 3, 2008, I was told by Williams that Eagle Development would be going public within 6 months and that its stock would trade at $2 to $3 per share when it went public. I also spoke with Michael Bowen, the President of Eagle Development, before I made my final

investment on October 3, 2008. Bowen told me that he would return the $750,000 I invested in Eagle Storage and Eagle Development when the company went public. Bowen sent me a letter documenting this promise. A true and correct copy of Bowen's letter is attached hereto as Exhibit "4." I made my October 3, 2008 investment in reliance on the representations of Bowen and Williams.

9. On December 9, 2008, I met with Bowen and Chuck Morales, an Eagle Development sales agent, at the Eagle Development offices in Anaheim, California because they wanted me to invest additional money in Eagle Development. I wrote out a series of questions to bring with me to the meeting. As I asked Bowen my questions during the meeting, I simultaneously wrote down his responses to the questions. Attached hereto as Exhibit "5" is a true and correct copy of the list of questions I took with me to the December 9 meeting and Bowen's responses. I highlighted Bowen's responses in yellow.

10. At the December 9 meeting, Bowen told me that the company was on track to go public in April 2009. Bowen instructed Morales to provide me with a copy of the biography of a man named Courtney Smith during the meeting. Bowen assured me that he was in frequent contact with Smith and that Smith was lining up an underwriter so that the company could go public in April 2009. At the meeting, I asked Bowen about the state of the company's books and records. He told me that Eagle Development had a clean 2007 audit statement. Bowen also told me that the 2008 audit would be done by March 2009. I asked to see the 2007 audit statement along with an investor list, but Bowen refused to provide me with those documents. He told me that the company was in the process of moving down the street and, as a result, those documents were not available.

11. During the December 9 meeting, Bowen also told me that Eagle development would trade at $1-$2 per share when the company went public in April 2009. Bowen also told me at that meeting that Eagle Development's subsidiary, Eagle Housing, owned 85 lots in Kingman, Arizona and that Eagle

Storage owned a storage facility in Lake Havasu City, Arizona in addition to some land adjacent to the storage facility. I specifically asked Bowen whether there was a lawsuit involving the Lake Havasu property and he told me at the meeting that there was no such lawsuit. At the end of the meeting, I told Bowen that I would think about investing more money and would get back to him.

12. On December 24, 2008, Bowen and Chuck Morales called me to solicit a $500,000 investment in Eagle Development stock. They kept me on the phone for over an hour and a half. During the call they told me that the Eagle Development public offering was proceeding and would happen within four months. They told me that if I invested $500,000, I would be "astronomically wealthy" when the company went public. They also told me that Eagle Development needed some additional money to "dress up" the balance sheet and that I would get all of my money back within four months when the company went public. I told them on that call that I did not want to invest any more money.

13. I never received any financial statements for Eagle Storage before I invested. About two years after my investment with Eagle Storage, I received some projected financial information about the storage facility. I never received any financial statements for Eagle Development before I invested.

14. On November 17, 2009, Megan Bergstrom of the SEC called me. She asked me whether anyone at Eagle Storage or Eagle Development disclosed the existence of a cease and desist order issued by the Alabama Securities Commission against Eagle Storage, Scott Williams and Michael Bowen in October 2005. I was not aware of the order until Ms. Bergstrom told me about it. I would not have invested in Eagle Storage or Eagle Development had I known about this order. Ms. Bergstrom also asked me whether anyone at Eagle Storage or Eagle Development disclosed that Eagle Storage's storage facility in Arizona was placed under receivership in October 2007. No one at Eagle Storage or Eagle Development ever informed me about the receivership. In fact, Bowen denied the

existence of any litigation involving the Lake Havasu property when I specifically asked him about it at our December 9, 2008 meeting.

15. I also recently learned that Eagle Housing did not own 85 lots of land in Kingman, Arizona. I was interested in investing in Eagle Development because of the representations made about the property owned by Eagle Development's subsidiaries, Eagle Housing and Eagle Storage. I would not have invested in Eagle Development if I had known that Eagle Housing did not own the 85 lots and that the storage facility had been under receivership since October 2007.

16. I also never would have invested $600,000 in Eagle Development had I known there was a possibility that the company would not be going public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December, 2009 at Las Vegas, Nevada.

_____
Robert Burke

5