# EXHIBIT 4





October 2, 2008

Robert C. Burke
REDACTED
St. George, UT 84770

Dear Mr. Burke:

We appreciate your loyalty and commitment to Eagle Development. This letter is to confirm our conversation of Monday, October 1, 2008.

This is a record of your current investments:

| Company | Date Invested | Amount Invested | Value | Total Shares |
|---|---|---|---|---|
| Eagle Storage & Development | 07/12/05 | $100,000 | 5/1 | 500,000 |
| Eagle Storage & Development | 12/15/05 | $ 50,000 | 5/1 | 250,000 |
| Eagle Development Enterprises | 05/23/08 | $150,000 | 5/1 | 750,000 |
| Eagle Development Enterprises | 08/01/08 | $100,000 | 5/1 | 500,000 |
| Eagle Development Enterprises | 08/29/08 | $100,000 | 5/1 | 500,000 |
| Eagle Development Enterprises | 09/03/08 | $100,000 | 5/1 | 500,000 |
| Not yet purchased: | | | | |
| Eagle Development Enterprises | 10/01/08 | $150,000 | 1/1 | 150,000 |
| | | $750,000 | | 3,150,000 |

As we agreed, when the company goes public, we will repurchase your total dollars invested. We will pay you a minimum $1.00 per share or the internal buyback price, whichever is higher. At $1.00 per share, it equals 750,000 shares.

|  |  |
|---|---|
| Total Shares | 3,150,000 |
| Buy Back Shares | 750,000 |
| Balance of Shares You Still Own | 2,400,000 |

If we should decide to purchase back shares from another client, we will not give said client a better deal than we are providing to you. With the balance of your shares, you will continue to receive the growth and benefits of the company over the next few years.

Exhibit 4   Page 134

Please make sure you print the attached Reinvestment Signature Pages. They need to be signed by both you and your wife. Please mail them back to us, Attn: Angela Naudin.

Sincerely,

*[signature]*

Michael J. Bowen
President

MJB:lm

c: Client File

Attachments

Exhibit 4    Page 135