# EXHIBIT 5

Michael Bowen / Chuck [illegible]

① Your letter to me (10/7/08) says my first investment was 5:1. The certificates show last investment @ 5:1. I want this changed. = L/T Cap. gains
→ can't change — will get new cert for orig shs

② Your letter does not mention interest on original investment. This is to be paid also.
= get chs on 1/1 basis

③ What will be the terms of the offering:
— What companies will you combine into the one going public?
→ What will be the name of company going public — Eagle Development Enterprises, Inc.?
— How many shares are outstanding now?
→ What name will it trade under?

— How many shares will be outstanding after the company goes public?
— Your shares
— Original investors shares                    ?
— Shares from IPO?

Investors — Units 25 Mil + 4 1/2
IPO  un
Michael

Exhibit ___5___ Page___136___

②

④ What shape are the books in?

- Do you have a <u>clean 2007 audit statement</u>? <u>Can I see it?</u> — 1st off.
  - **Yes**
- If not, what has to be straightened out? — Nothing

- Do you have somebody who has helped straighten out the books? Who?

- Who is your <u>corporate controller</u>? — Interviewing
  → If not, I want to meet the <u>auditor</u>

- It sounds like you will have a 2008 audit before going public? If so, that could take <u>at least</u> 3 more months.
  - **Yes — Finish March**

See ⑤ — Chuck says you want to strengthen the balance sheet — What does that mean.

Exhibit 5   Page 137

*3/*
*2*
*120,000*

⑤ Why do you need more money **now**?

— How much more do you want to raise?

— From where — (**old** or new investors)

Going Public: (Courtney Smith, CCM)

(Could not tell)

— Who is the underwriter? — Courtney working on

— How many firms will participate in the underwriting team?

— Do you have a symbol for the stock?

→ — How many shares will be offered to the public in the IPO?

— Will underwriters sell to Institutions or individual investors? What is the breakdown. Institution

Exhibit ___5___   Page ___138___

*Do underwriters say you are ready to go public? I want to see correspondence from underwriters!*

\* — When will ~~they~~ you go public?
at what ==April?== price?

#1 ==No!== Do you have a guaranteed price in writing from the underwriters? Can I see it?

==600 investor
200 = IR 1%==

— How much will you receive from the underwriters?

⑥ These are restricted shares now. You must get an opinion from legal counsel —

==Will there be hold on shares?
Perhaps 50?==
— Will the shares be free trading by investors after the IPO?

— How long before Michael can sell his shares?

==Some of shares will you restrict?
Michael share amount restricted?==

Exhibit __5__  Page __139__

⑦ I want to see a list of investors and amount of money ~~each~~ invested?

Out
$50
raised 31 Million

— How many with investments over $500K, over $1,000K.

— What % of funds are IRA investments vs taxable cash?

50%
⑧ What %age of Lake Havasu storage is rented.
— Climate controlled? — 35% working on

No
⑨ I understand there was a lawsuit over part of the Lake Havasu property? What is the status of this lawsuit

⑩ Status of plans to buy hospital in Texas?

⑪ Where will you put emphasis?
— Storage, foreclosures or nursing homes? — all

Exhibit 5   Page 140

(12) Status of advisory bord (Bord of Directors)

— What are your plans?
— Who will you pick?
— When
— You need before going public

Exhibit 5  Page 141



# courtneysmith.com

investment mentoring institute ■ gct taiwan ■ courtney smith co. investment management ■ CTCR commodity trading ■ greater china technology, inc. ■ Outsource 411

**HOME**

**BIOGRAPHY**

**CONTACT**

**COURTNEY'S BLOG**

**Biography of**
## Courtney D. Smith

Courtney Smith is the Chairman of the Investment Mentoring Institute, an organization devoted to building great investors. The Investment Mentoring Institute provides training and mentoring for individual and institutional investors in stocks, futures, and foreign exchange.

Courtney Smith is also President and Chief Investment Officer of **Courtney Smith & Co, Inc.** which manages money for institutions, family offices, and high-net individuals.

He is also the CEO and Chairman of **Greater China Technology, Inc.** a company which outsources software development to China.

He was the Chief Investment Officer and Chief Strategist of Orbitex Management, Inc. during the late 1990's. Orbitex manages mutual funds and portfolios for institutions and individuals.

He was the editor of Courtney Smith's Wall Street Winners newsletter. This popular investment advisory newsletter ranked number one in performance by the Hulbert Digest.

Mr. Smith is the owner and Editor-in-Chief of **Commodity Trading Consumer Research (CTCR)**. CTCR has been providing insights to the futures community since 1983.

Previously, he was President and Chief Executive Officer of Quantum Financial Services, Inc., a futures and stock brokerage firm. Mr. Smith was First Vice President and Treasurer of the New York branch of Banca della Svizzera Italiana (BSI), a Swiss bank. At BSI, Mr. Smith managed mutual funds, client accounts, and was responsible for the trading activities of the New York branch as well as trading and marketing fixed income and foreign exchange derivatives for the entire bank. He was also responsible for the funding and balance sheet of the branch.

Mr. Smith was previously Group Vice President in charge of Financial Derivatives at the French bank Banque Paribas, New York, and was Vice President and a Director of Research and Commercial Services for PaineWebber, Inc. Mr. Smith managed client accounts prior to joining PaineWebber.

Mr. Smith is the author of six books, including Profits Through Seasonal Trading, (John Wiley & Sons, 1980), Commodity Spreads (John Wiley & Sons, 1981 and Traders Press, 1989), How To Make Money In Stock Index Futures (McGraw-Hill, 1985, paperback edition 1988), Seasonal Charts For Futures Traders (John Wiley & Sons, 1987), and Option Strategies (John Wiley & Sons, 1987, 2nd Edition 1996). Mr. Smith is also the author of chapters in several books.

He is on the board of directors of several unaffiliated corporations.

Mr. Smith has been a featured speaker at investment conferences throughout North America and Europe. He has appeared on over 1000 TV shows since on such national television shows as Wall Street Journal Report, and Moneyline as well as other shows on CNBC, Fox News, Bloomberg, CNN, and CNNfn.

site by GCT Taiwan - search engine positioning / website optimization

SITE MAP

Exhibit 5  Page 143