JOHN M. McCOY III, Cal. Bar No. 166244
E-mail: mccoyj@sec.gov
ALKA N. PATEL, Cal. Bar No. 175505
E-mail: patelal@sec.gov
SPENCER BENDELL, Cal Bar No. 181220
E-mail: bendells@sec.gov
MEGAN M. BERGSTROM, Cal. Bar No. 228289
E-mail: bergstromm@sec.gov

Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE DEVELOPMENT ENTERPRISES, INC., a Nevada corporation; EAGLE STORAGE & DEVELOPMENT, LLC, an Arizona limited liability company; EAGLE AVIATION SALES & LEASING, LLC, a California limited liability company; MICHAEL J. BOWEN,<br><br>Defendants,<br><br>and<br><br>EAGLE ASSETS & MANAGEMENT, LLC, a California limited liability company; EAGLE HOUSING & DEVELOPMENT AZ, LLC, an Arizona limited liability company; EAGLE HOUSING & DEVELOPMENT, INC., a California corporation; and EAGLE HELICOPTERS & AVIATION, INC., a California Corporation,<br><br>Relief Defendants. | Case No. SACV09-1470 JVS(MLGX)<br><br>**DECLARATION OF CAROL SHAU** |

FILED

2009 DEC 14 AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

I, Carol Shau, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a certified public accountant in California and employed by Plaintiff Securities and Exchange Commission (the "Commission") in its Los Angeles Regional Office, located in Los Angeles, California.

2.      I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

3.      In the course of my duties with the Commission, I analyze bank records, financial records, and other books and records of companies, and I make calculations and observations based on those records.  The documents that I analyze in the course of my duties with the Commission are of the type reasonably relied upon by accountants in forming opinions and inferences about, among other things, the finances of the company and its sources and uses of money.

4.      During the course of the Commission's investigation *In the Matter of Eagle Development Enterprises, Inc.*, and pursuant to my duties as an accountant with the Commission, I reviewed general ledgers of Eagle Storage & Development, LLC ("Eagle Storage") for the time periods from January 1, 2005 through December 31, 2007 (collectively, the "General Ledgers").  The General Ledgers were voluntarily produced to the Commission by Jeffrey Leckich, the former auditor for Eagle Development Enterprises, Inc.  As part of my review of the General Ledgers, I identified certain disbursements, which I entered into spreadsheets using the Microsoft Excel spreadsheet program.

5.      During my review of the General Ledgers, I located all disbursements identified as being made to "Eagle Housing" and prepared a spreadsheet summarizing those disbursements.  A true and correct copy of the spreadsheet summarizing the disbursements to "Eagle Housing" is attached hereto as Exhibit "1."

6.      During my review of the General Ledgers, I located all disbursements identified as being made to "Eagle Helicopter & Aviation" or relating to disbursements for "Eagle Helicopter" and prepared a spreadsheet summarizing

1

1    those disbursements. A true and correct copy of the spreadsheet summarizing

2    disbursements to "Eagle Helicopter & Aviation" is attached hereto as Exhibit "2."

3          7.     During my review of the General Ledgers, I located all disbursements

4    identified as being made to "Eagle Assets" and prepared a spreadsheet

5    summarizing those disbursements. A true and correct copy of the spreadsheet

6    summarizing disbursements to "Eagle Assets" is attached hereto as Exhibit "3."

7          8.     During my review of the General Ledgers, I located all distributions

8    identified as being made to "Eagle Development Enterprises, Inc." and prepared a

9    spreadsheet summarizing those disbursements. A true and correct copy of the

10   spreadsheet summarizing disbursements to "Eagle Development Enterprises, Inc."

11   is attached hereto as Exhibit "4."

12         9.     During my review of the General Ledgers, I located all disbursements

13   identified as being made to Michael Bowen for travel to Hawaii or Costa Rica and

14   prepared a spreadsheet summarizing those disbursements. A true and correct copy

15   of the spreadsheet is attached hereto as Exhibit "5."

16        10.    During my review of the General Ledgers, I located all disbursements

17   identified as being relating to "Kingman" or "225 Acres-Kingman" and prepared a

18   spreadsheet summarizing those disbursements. A true and correct copy of the

19   spreadsheet is attached hereto as Exhibit "6."

20        11.    During my review of the General Ledgers, I located all disbursements

21   identified as being paid to either "First bank of Hawai," "Guaranty Escrow

22   Services," and "Title Guaranty Escrow" and prepared a spreadsheet summarizing

23   those disbursements. A true and correct copy of the spreadsheet is attached hereto

24   as Exhibit "7."

25

26

27

28

1    12.    To the best of my knowledge and ability, the foregoing spreadsheets

2 comprise accurate summaries under Rule 1006 of the Federal Rules of Evidence of

3 the underlying General Ledgers voluntarily produced to the Commission.

4    I declare under penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct.

6    Executed this 4th day of December 2009 in Los Angeles, California.

7

8    _____

9    Carol Shau

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Eagle Housing**

| Date | Name | Memo | Split | Amount |
|------|------|------|-------|--------|
| 2/15/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (28,000.00) |
| 3/1/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (25,000.00) |
| 3/28/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (20,000.00) |
| 3/29/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (25,000.00) |
| 5/10/2007 | Eagle Housing | Payment of work done at havasu | Accounts Payable | $ (21,000.00) |
| 5/24/2007 | Eagle Housing | Repair flooring lake havasu | Accounts Payable | $ (24,000.00) |
| 5/24/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (6,000.00) |
| 5/24/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (14,000.00) |
| 6/12/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (6,500.00) |
| 6/15/2007 | Eagle Housing | Loan Storage | Accounts Payable | $ (16,000.00) |
| 6/28/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (25,000.00) |
| 7/3/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (25,000.00) |
| 7/9/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (10,000.00) |
| 7/9/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (14,900.00) |
| 7/19/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (25,000.00) |
| 7/31/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (7,000.00) |
| 8/8/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (4,000.00) |
| 8/14/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (19,000.00) |
| 8/22/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (1,000.00) |
| 8/24/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (10,000.00) |
| 8/28/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (54,000.00) |
| 8/30/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (10,000.00) |
| 9/4/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (12,000.00) |
| 9/6/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (30,000.00) |
| 9/12/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (12,000.00) |
| 10/1/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (30,000.00) |
| 10/16/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (12,000.00) |
| 11/1/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (10,000.00) |
| 11/12/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (40,000.00) |
| 11/21/2007 | Eagle Housing | Loan Housing | Due from Eagle Housing | $ (54,000.00) |
| 11/25/2007 | Eagle Housing | Loan Housing | Accounts Payable | $ (20,000.00) |
| 12/13/2007 | Eagle Housing | Loan Housing | Due from Eagle Housing | $ (7,000.00) |

**Total**                                                      **$ (617,400.00)**

Exhibit ___1___ Page ___4___

# EXHIBIT 2

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Eagle Helicopter & Aviation**

| Date | Name | Memo | Split | Amount |
|------|------|------|-------|--------|
| 11/29/2006 | Eagle Helicopter & Aviation | | Due from Eagle Helicopter | $ (12,000.00) |
| 12/7/2006 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (36,000.00) |
| 12/13/2006 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (4,500.00) |
| 12/13/2006 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (5,800.00) |
| 12/19/2006 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (15,000.00) |
| 2/15/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (38,000.00) |
| 3/1/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (18,000.00) |
| 3/15/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (15,000.00) |
| 6/12/2007 | Eagle Helicopter & Aviation | Loan Storage | Accounts Payable | $ (43,000.00) |
| 7/5/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Due from Eagle Helicopter | $ (477,176.66) |
| 7/17/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Suspense | $ (5,551.06) |
| 7/17/2007 | Jet Finance Group Inc | | Due from Eagle Helicopter | $ (27,082.00) |
| 7/20/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Suspense | $ (5,551.06) |
| 7/31/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (14,000.00) |
| 7/31/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (39,000.00) |
| 8/13/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (2,000.00) |
| 8/15/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (1,500.00) |
| 8/22/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (14,000.00) |
| 8/30/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (10,000.00) |
| 9/4/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (32,000.00) |
| 9/6/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (25,000.00) |
| 10/4/2007 | Eagle Helicopter & Aviation | Loan Eagle Helicopters | Accounts Payable | $ (14,000.00) |
| **Total** | | | | **$ (854,160.78)** |

Exhibit _____2_____ Page___5

# EXHIBIT 3

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Eagle Assets**

| Date | Name | Memo | Split | Amount |
|------|------|------|-------|--------|
| 3/1/2007 | Eagle Assets | Due From Eagle Assets | Accounts Payable | $ (5,000.00) |
| 3/15/2007 | Eagle Assets | Loan to Eagle Assets | Accounts Payable | $ (60,000.00) |
| 3/29/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (4,000.00) |
| 4/5/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (5,000.00) |
| 4/26/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (4,500.00) |
| 5/24/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (2,000.00) |
| 6/7/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (3,500.00) |
| 6/28/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (5,000.00) |
| 8/15/2007 | Eagle Assets | Loan Storage | Accounts Payable | $ (6,500.00) |
| 9/4/2007 | Eagle Assets | Loan Assets | Accounts Payable | $ (1,600.00) |
| 10/4/2007 | Eagle Assets | Loan Eagle Assets | Accounts Payable | $ (5,000.00) |

**Total**    $ (102,100.00)

Exhibit 3 Page 6

# EXHIBIT 4

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Eagle Development Enterprises, Inc.**

| Date | Name | Memo | Split | Amount |
|---|---|---|---|---|
| 4/3/2007 | Eagle Development Enterprises, Inc. | | Business Development Expense | $ (10,000.00) |

**Total**                                                                 $ (10,000.00)

Exhibit 4 Page 7

# EXHIBIT 5

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Travel for Hawaii and Costa Rica**

| Date | Name | Memo | Split | Amount |
|------|------|------|-------|--------|
| 9/6/2007 | Michael J. Bowen | Reimbursment trip Costa Rica | Accounts Payable | $ (18,321.97) |
| 10/26/2007 | Michael J. Bowen | Reimbursments Hawaii | Accounts Payable | $ (15,869.32) |

**Total**      $ (34,191.29)

Exhibit 5 Page 8

# EXHIBIT 6

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Kingman**

| Date | Name | Memo | Split | Amount |
|---|---|---|---|---|
| 6/2/2006 | | Wire to Seaside Cap - Kingman | -SPLIT- | $ (2,500.00) |
| 6/2/2006 | | Wire to Jamison Cap - Kingman | Bank of America Checking | $ (2,750.00) |
| 6/3/2006 | First American Title | #291-4640890 | 225 Acres - Kingman | $(195,000.00) |
| 6/9/2006 | | Wire to KSI - Kingman | 225 Acres - Kingman | $ (12,500.00) |
| 6/12/2006 | | Wire to Jamison Cap - Kingman | 225 Acres - Kingman | $ (5,000.00) |
| 6/21/2006 | | Wire to Jamison Cap - Kingman | 225 Acres - Kingman | $ (25,000.00) |
| 6/21/2006 | | Wire to Seaside Cap - Kingman | 225 Acres - Kingman | $ (25,000.00) |
| 6/21/2006 | | Wire to RSI Cap - Kingman | 225 Acres - Kingman | $(100,000.00) |
| 7/27/2006 | | wire - Kingman loan extension | 225 Acres - Kingman | $ (90,000.00) |
| 8/4/2006 | | wire to Wilentz, Goldman, & Spitzer | 225 Acres - Kingman | $ (10,000.00) |
| 10/20/2006 | | Jamison Capital Inc | 225 Acres - Kingman | $ (25,000.00) |
| 10/20/2006 | | KSI Capital Corp | 225 Acres - Kingman | $ (60,000.00) |
| 10/20/2006 | | Inverstors Guarranty | 225 Acres - Kingman | $ (32,500.00) |
| 11/1/2006 | | Jamison Capital Inc | 225 Acres - Kingman | $ (41,750.00) |
| 11/1/2006 | | KSI Capital Corp | 225 Acres - Kingman | $ (75,000.00) |

**Total**                                                                                    $(692,000.00)

Exhibit ___6___ Page ___9___

# EXHIBIT 7

**Eagle Storage & Development, LLC**
**General Ledger - Bank**
**Air Kauai**

| Date | Name | Name | Split | Amount |
|------|------|------|-------|--------|
| 2/22/2007 | First bank of Hawai | | Due from Eagle Helicopter | $ (200,000.00) |
| 3/6/2007 | First bank of Hawai | | Due from Eagle Helicopter | $ (50,000.00) |
| 6/27/2007 | Guaranty Escrow Services | Down Payment Air Kauai | Due from Eagle Helicopter | $ (200,000.00) |
| 7/5/2007 | Title Guaranty Escrow | Acct #01-036157 | Suspense | $ (70,000.00) |
| 7/5/2007 | Title Guaranty Escrow | Acct #01-036157 | Suspense | $ (507,176.66) |

**Total** $ (1,027,176.66)

Exhibit ___7___ Page___10___