1  JOHN M. McCOY III, Cal. Bar No. 166244
   E-mail: mccoyj@sec.gov
2  ALKA N. PATEL, Cal. Bar No. 175505
   E-mail: patelal@sec.gov
3  SPENCER BENDELL, Cal Bar No. 181220
   E-mail: bendells@sec.gov
4  MEGAN M. BERGSTROM, Cal. Bar No. 228289
   E-mail: bergstromm@sec.gov

5  Securities and Exchange Commission
6  Rosalind R. Tyson, Regional Director
   Michele Wein Layne, Associate Regional Director
7  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036
8  Telephone: (323) 965-3998
   Facsimile: (323) 965-3908

9

10            UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12  SECURITIES AND EXCHANGE          Case No. SACV09-1470 JVS(MLGX)
13  COMMISSION,

14            Plaintiff,             DECLARATION OF FRANK
                                     LI
15      vs.

16  EAGLE DEVELOPMENT ENTERPRISES,
    INC., a Nevada corporation; EAGLE
17  STORAGE & DEVELOPMENT, LLC, an
    Arizona limited liability company; EAGLE
18  AVIATION SALES & LEASING, LLC, a
    California limited liability company;
19  MICHAEL J. BOWEN,

20            Defendants,

21      and

22  EAGLE ASSETS & MANAGEMENT, LLC,
    a California limited liability company;
23  EAGLE HOUSING & DEVELOPMENT AZ,
    LLC, an Arizona limited liability company;
24  EAGLE HOUSING & DEVELOPMENT,
    INC., a California corporation; and EAGLE
25  HELICOPTERS & AVIATION, INC., a
    California Corporation,
26
              Relief Defendants.
27

28

## DECLARATION OF FRANK LI

I, Frank Li, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I make this declaration at the request of the staff of the Securities and Exchange Commission ("SEC"). I have personal knowledge of each of the matters set forth below and, if called as a witness, I could and would testify competently to the facts stated herein.

2.     I reside in El Monte, California. I am 41 years old.

3.     In July 2006, I learned about a company called Eagle Storage & Development, LLC ("Eagle Storage") from a friend. That same month, I visited the Eagle Storage office in Anaheim to learn more about a potential investment in the company. I met with Eric Johnson and Scott Williams. They told me that Eagle Storage was raising money through the offer of investment interests in the company. They said that the money they were raising would be used for the construction of a storage facility in Lake Havasu City, Arizona. At that meeting, Johnson and Williams said that I would receive returns of 8% annually on my investment. Johnson and Williams provided me with a copy of an Eagle Storage private placement memorandum ("PPM"). Based on the representations made at the meeting and my review of the PPM, I invested $60,000 in Eagle Storage.

4.     After my investment with Eagle Storage, a sales representative told me that the 8% interest I was earning on my investment would not be paid out to me. Instead, it would accumulate as additional shares in the company. To date, I have not received any returns on my Eagle Storage investment either in the form of cash distributions or additional shares.

5.     In October 2007, Alex, an Eagle Storage sales representative, contacted me to tell me about a new offering called Eagle Development Enterprises, Inc. ("Eagle Development"). According to Alex, Eagle Development was raising money through the sale of its stock so that it could conduct a public offering in the United Kingdom. Eagle Development was the parent company of

1

1  Eagle Storage and another company called Eagle Housing & Development AZ,
2  LLC ("Eagle Housing"). Alex said that Eagle Storage owned a storage facility in
3  Lake Havasu City, Arizona and that Eagle Housing owned 85 lots of land in
4  Kingman, Arizona. Alex said that Eagle Development would go public by the end
5  of 2007 or early 2008, that its stock would trade at $3-$4 per share, and that I could
6  liquidate my shares once the company went public. Alex told me that Eagle
7  Development was currently offering its shares in a "5 for 1" deal. This meant that
8  for every dollar I invested, I would receive 5 shares of Eagle Development stock.
9  After I talked with Alex, I received a PPM for Eagle Development by Federal
10  Express. A true and correct copy of the PPM is attached hereto as Exhibit "1."
11      6.      Based on the representations made by Alex and my review of the
12  PPM, I invested $10,000 in Eagle Development stock in or about November 2007.
13  In December 2007, I was told that the company wasn't ready to go public and that
14  the public offering would be postponed to early 2008. The company did not go
15  public in early 2008, however. Representatives of Eagle Development told me that
16  the public offering was delayed because the company needed to complete an audit.
17      7.      In September 2009, I became increasingly concerned about my
18  investments because I had not received any of the 8% returns I was promised with
19  Eagle Storage and Eagle Development still had not gone public. I went to the
20  Eagle Development offices on September 26, 2009 to meet with Michael Bowen,
21  the president of Eagle Development and manager of Eagle Storage. At that
22  meeting, Bowen told me that he would sell some company assets so that he could
23  return the principal I invested. Bowen also told me that he was working with a
24  "VC Firm" to raise additional money for investment in senior housing, boat
25  storage, an aviation company, and solar/renewable energy projects. Despite
26  Bowen's promise, I have not received a refund of any of the money I invested.
27      8.      While I was at the Eagle Development offices on September 26, 2009,
28  the receptionist also gave me a PPM for a new offering called Eagle Aviation Sales

1 & Leasing, LLC ("Eagle Aviation"). The PPM is dated March 6, 2009. On

2 September 26, 2009, I also saw at least one sales person at the office who appeared

3 to be on the phone. A true and correct copy of the Eagle Aviation PPM is attached

4 hereto as Exhibit "2."

5      9.      On October 29, 2009, Megan Bergstrom of the SEC called me. She

6 asked me whether anyone at Eagle Storage or Eagle Development disclosed the

7 existence of a cease and desist order issued by the Alabama Securities Commission

8 against Eagle Storage, Scott Williams and Michael Bowen. I was not aware of the

9 order until Ms. Bergstrom told me about it. I would not have invested in Eagle

10 Storage or Eagle Development had I known about this order. Ms. Bergstrom also

11 asked me whether anyone at Eagle Storage or Eagle Development disclosed that

12 Eagle Storage's storage facility in Arizona was placed under receivership in

13 October 2007. No one at Eagle Storage or Eagle Development ever informed me

14 about the receivership. In fact, I did not learn about the receivership until May

15 2009.

16      10.      I also recently learned that Eagle Housing did not own 85 lots of land

17 in Kingman, Arizona. I was interested in investing in Eagle Development because

18 of the representations made about the property owned by Eagle Development's

19 subsidiaries, Eagle Housing and Eagle Storage. I would not have invested in Eagle

20 Development if I had known that Eagle Housing did not own the 85 lots and that

21 the storage facility had been under receivership since October 2007.

22

23

24

25

26

27

28

1        11.    I also never would have invested $10,000 in Eagle Development had I

2    known there was a possibility that the company would not be going public.

3        I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.

5        Executed this 30th day of November, 2009 at Burbank, California.

6

7

8    Frank Li

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4